JULIA A. SWEETING, Appellant, *v.* IROQUOIS CHINA COMPANY, Respondent.

*Sweeting* v. *Iroquois China Co.*, 137 App. Div. 931, affirmed.
(Argued May 3, 1911; decided May 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 26, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on a promissory note.

*Thomas Woods* for appellant.

*Lamont Stilwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.